THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT 
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Betty Tripp,       
Petitioner,
 
 
 

v.

 
 
 
Patricia Price, David G. Price, Jeff Harris d/b/a Harris Auto Reconditioning, 
 Fairway Ford, Inc., and Binh Nguyen,       
Defendants,
Of Whom Jeff Harris d/b/a Harris Auto
Reconditioning is        Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT
OF APPEALS

Appeal From Greenville County
John W. Kittredge, Circuit Court Judge

Memorandum Opinion No. 2005-MO-005
Heard January 5, 2005  Filed January 
 24, 2005

DISMISSED

 
 
 
Robert Daniel Dodson, of Law Offices of Robert Dodson, P.A., of Columbia, for 
 petitioner.
Christopher M. Kelly, of Gallivan, White & Boyd, P.A., of Greenville, for 
 respondent.
 
 
 

PER CURIAM:  We granted this petition for a writ of certiorari to review 
 the Court of Appeals decision in Tripp v. Price, Op. No. 2003-UP-336 
 (S.C. Ct. App. filed May 15, 2003).  After careful consideration, we now dismiss 
 certiorari as improvidently granted.
DISMISSED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, 
 JJ., concur.